# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2342
Fax: 252-758-8570

DATE: March 22, 2018

FROM: Michael W. Dilda
U.S. Probation Officer

SUBJECT: Hernandez, Ranferi
Docket No.: 7:14-CR-62-1BO
Early Termination Request

TO: The Honorable Terrence W. Boyle
U.S. District Judge

The above-referenced defendant appeared before the court on March 25, 2015, for the offense of Possess With Intent to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1). Hernandez was sentenced to 60 months of imprisonment, with a 5-year term of supervised release to follow. The defendant was released to supervision on September 21, 2016. He paid $50 toward the $100 special assessment and remained crime-free. The defendant also maintained gainful employment; however, on March 22, 2017, Hernandez suffered an accident at work that caused an acute brain injury. Since his injury, the defendant has remained hospitalized at a post-acute rehabilitation center and will not be able to function independently for the remainder of his life, according to his nurse case manager. Accordingly, it is recommended that Hernandez be considered for early termination. The United States Attorney's Office was contacted and did not object to the recommendation.

Should the court concur with this recommendation, please execute the enclosed Order Terminating Supervision. Should you have any questions regarding this matter, I can be reached at 252-830-2342.

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                    **Crim. No. 7:14-CR-62-1BO**

**RANFERI HERNANDEZ**

On September 21, 2016, the above named was released from prison and commenced a term of supervised release for a period of 5 years. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Michael W. Dilda
Michael W. Dilda
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2342
Executed On: March 22, 2018

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _23_ day of _March_ , 2018.

Terrence W. Boyle
U.S. District Judge